AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Plaintiff

V.

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:          ~ 0 6 - 7 5 7 ~

I, ___Moore, Kevin T.___ declare that I am the (check appropriate box)
☑ **Petitioner/Plaintiff/Movant**  ☐ **Other** in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am
unable to pay the costs of these proceedings and that I am entitled to the relief sought in the
complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

I.   Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to Question 2)

     If "YES" state the place of your incarceration Sussex County Correctional Center "SVOP"

     Are you employed at the institution?   ☐ Yes ☑ No

     Do you receive any payment from the institution?   ☐ Yes ☑ No

     *Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the
     institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger
     sheets are not required for cases filed pursuant to 28:USC §2254.*

     FILED

     DEC 1 1 2006
     SO scanned

     U.S. DISTRICT COURT
     DISTRICT OF DELAWARE

2.   Are you currently employed? ☐ Yes ☑ No

     a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and
     give the name and address of your employer.

     b. If the answer is "NO" state the date of your last employment, the amount of your take-home
     salary or wages and pay period and the name and address of your last employer. 11/20/06  Valero at
     Delaware City  — $ 1,500.00 wk.   Local Union 199

3.   In the past 12 twelve months have you received any money from any of the following sources?

     a.   Business, profession or other self-employment      ☐ Yes ☑ No
     b.   Rent payments, interest or dividends                ☐ Yes ☑ No
     c.   Pensions, annuities or life insurance payments      ☐ Yes ☑ No
     d.   Disability or workers compensation payments         ☐ Yes ☑ No
     e.   Gifts or inheritances                               ☐ Yes ☑ No
     f.   Any other sources                                   ☐ Yes ☑ No

     If the answer to any of the above is "YES" describe each source of money and state the amount
     received *AND* what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?        ☑ Yes ☐ No

If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                                    ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

V    M    - Daughter = 206.⁰⁰ month

I declare under penalty of perjury that the above information is true and correct.

Date: 12/7/06          Signature of Applicant _____

# SEE ATTACHED
# SIX MONTH STATEMENT

INMATE ACCOUNT STATEMENT

__KEVIN MOORE__             __21-Nov-06__
NAME             SCCC ADMIT DATE

__202242__
SBI#          DATE RELEASED

| DATE | DEPOSITS | Type of Deposit | DISBURSEMENT | Type of Disburs. | BALANCE | |
|---|---|---|---|---|---|---|
| | $0.00 | | $0.00 | | | $0.00 |
| 12/5/2006 | $10.00 | Mail/MO | $0.00 | | $0.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| | $0.00 | | $0.00 | | $10.00 | $10.00 |
| TOTAL | $10.00 | | $0.00 | | | $10.00 |

**$0.00**
OPENING BALANCE
**$10.00**
ACCOUNT BALANCE

**TYPE OF DISBURSMENTS**
R/B      room/board owed from previous visits to SWRU
MED =    Visits to medical
TRANS =   transportation owed from previous visits
P2 =      Pay to's submitted thru business office
DG =     Dollar General/commissary
TRANSF    Transfers to Other Institutions
SP. COURT   Superior Court
**TYPE OF DEPOSITS**
M/O =    money orders received outside of institution
B/R =     booking and receivng
CK =      checks
CASH
I / W =     inmate wages

VIOLATION OF PROBATION/SCCC

## REQUEST FORM
### FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: __Moore__, __Kevin__ __T.__    SBI Number: __OO 202 242__
                (Last)        (First)      (M.I.)

Housing Unit: __SVOP  Pod 2__

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a
summary of my account transactions.

Inmate Signature                          Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are
complete.

Date received by business office: __12|5|06__ .

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: __Moore__      __Kevin__    __T.__
                    (Last)        (First)     (M.I.)
       SBI Number: __OO 202242__
       Housing Unit: __SVOP 2__

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account
● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

Attached is your account statement for the six month period of __21 Nov__ , __2006__
through __6 Dec__ , __2006__ .

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $ __$ 10.00__ .

Attachment

Notary