(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_Moore, Kevin T._
(Enter above the full name of the plaintiff in this action)

V.

_Long, Matthew_

(Enter above the full name of the defendant(s) in this action

– 0 6 – 7 5 7 –

FILED
DEC 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
IFP

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        YES [ ]   NO [✓]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs _____

        _____

        Defendants _____

        _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? I filed a grievance and I forwarded an informal letter to the Warden

2. What was the result? haven't recieved any response up to this date.

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III.   Parties

   (In item A below, place your name in the first blank and place your present address
   in the second blank. Do the same for additional plaintiffs, if any.)

   A.   Name of Plaintiff _Moore, Kevin T._

   Address _Sussex County Correctional Center "SVOP" 23207 Dupont Blvd._
   _Georgetown, De. 19947_

   (In item B below, place the full name of the defendant in the first blank, his official
   position in the second blank, and his place of employment in the third blank. Use
   item C for the names, positions, and place of employment of any additional defendants.)

   B.   Defendant _Long, Matthew_ is employed as _Sgt._
        at _Sussex County Correctional Center "SVOP"_

   C.   Additional Defendants _C/O - David Wells ; C/O - Jacob Connor ; C/O - Dean Hudson_
   _Cpl. - David Hamrick ; Cpl. - Joshua Connor ; Lt. - Dean Blades_
   _all the above additional defendants are employed at_
   _Sussex County Correctional Center "SVOP"_
   _23207 Dupont Blvd. Georgetown, De. 19947_

IV.   Statement of Claim

   (State here as briefly as possible the facts of your case. Describe how each defendant
   is involved. Include also the names of other persons involved, dates, and places.
   Do not give any legal arguments or cite any cases or statutes. If you intend to allege
   a number of related claims, number and set forth each claim in a separate paragraph.
   Use as much space as you need. Attach extra sheet if necessary.)

   _while shackled to inmate Jeffery Cannon #164413 I was kicked_
   _in my right ankle by Sgt. Matthew Long while standing outside_
   _on the footprints, my ankle was re-injured by Sgt. Matthew_
   _Long on the date of 11/23/06, the above additional defendants_
   _witnessed the incident as well as all the names on the_
   _back of the grievance form._

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I first would like for the Courts to issue a restraining order against Sgt. Matthew hong. I want Assault/Battery charges to be brought against Sgt. Matthew hong. I'd also like the Courts to award me compensatory, punitive and discretionary damages.

Signed this 07 day of December, 19 2006.

_____
(Signature of Plaintiff)
Kevin Moore

I declare under penalty of perjury that the foregoing is true and correct.

12/07/06                    Kevin Moore
Date                        (Signature of Plaintiff)

-4-

FORM #584

GRIEVANCE FORM

FACILITY: SVOP          DATE: 11/26/06

GRIEVANT'S NAME: Kevin Moore    SBI#: 202242

CASE#: _____          TIME OF INCIDENT: 10:20 APPROX Nurses Office

HOUSING UNIT: POD #8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 11/23/06 I was kicked, as hard as possible, by Sgt. Long approx 9:20 p.m. After being kicked, I was taken to nurses offices. Mrs. L. Schafferman was the nurse on duty. She gave me little medical attention, do to my serious injury. I also ask the nurse to state certain information on my medical sheet, about my incident. As far as being kicked by Sgt. Long. I ask Mrs. Schafferman to state this at least 3 times. Mrs. Schafferman cares more about protecting the officers, then the health of the inmates. I have not yet, seen a doctor or nurse about my injury, despite putting in 3 sick call slips. I was given crutches, too big for me. That can't be adjusted down.

ACTION REQUESTED BY GRIEVANT: I would like Mrs. Schafferman addressed about the situation. Also, replace by a nurse, who cares about peoples health. Other than protecting officers who are totally wrong.

GRIEVANT'S SIGNATURE: Kevin Moore    DATE: 11/26/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

(Grievance on Nurse)

April '97 REV

FORM #584

GRIEVANCE FORM

FACILITY: S.V.O.P.          DATE: 12/03/06

GRIEVANT'S NAME: Kevin Moore    SBI#: #202242

CASE#: _____            TIME OF INCIDENT: 11/23/06
                                            Approx 9:20p.m
HOUSING UNIT: POD #2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

11/23/06 I was kicked by Sgt. Matthew Long. It is now 12/03/06 and I have not yet been seen by a doctor. My foot is swollen, it's getting very stiff, and I believe I have pinched nerves. The nurses on staff gives me problem getting medication. I was given Ibuprophen for only 5 days. I keep putting in sick call slips, not getting any results. I follow all rules and procedures. Put still, don't get anything accomplished. Being as though I got kicked by a staff member. I don't get any proper attention or medication. This is the second grievance for the same situation.

ACTION REQUESTED BY GRIEVANT: I would like to see Dr. A.S.A.P. Also have medical staff reprimanded

GRIEVANT'S SIGNATURE: Kevin Moore    DATE: 12/03/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

FORM #584

## GRIEVANCE FORM

FACILITY: SVOP  DATE: 11/24/06

GRIEVANT'S NAME: Kevin Moore  SBI#: 202242

CASE#: _____  TIME OF INCIDENT: Approx - 9:20 p.m.

HOUSING UNIT: POD 8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 11/23/06 approx 9:20 p.m. Pod 8 was sent to the foot print for allegedly talking on tier after 9:00 p.m. While everyone was getting shackled together. I informed the C/O's about my ankle injury. Which when they put the shackles on the opposite ankle, along with inmate Jefferey Carlson. Once on the foot prints I had my right foot off of print "a little bit", to keep the weight off of my ankle and balanced. Once Sgt. Long seen this he kicked me, as hard as he could in my ankle. I told him, that I had rods, screws, and plates in my ankle. He responded, that he doesn't care and if I say another word he will spray me with mace. This was seen by at least 25 inmates and 4 guards, along with a video tape.

ACTION REQUESTED BY GRIEVANT: After being kicked by Sgt. Long, my screws and rods shifted. Which caused my ankle & leg to swell all the way up. I asked for a doctor or nurse, and was helped by Richard Ingram and Corey Sanders to the nurses office. Where I recieved very little attention. I need outside medical attention and x-rays for shifted screws, rods, and plates.

GRIEVANT'S SIGNATURE: Kevin Moore  DATE: 11/24/06

* I want charges pressed on Sgt. Long for kicking me, and rest of staff for letting this treatment go on.

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

On duty 11/23/06 Lt. Blade - Cpt Hambrick - Cp. Connor - C/O Conner - C/O Wells
* Sgt. Long *

April '97 REV

Kevin Moore
SBI # 00202242



Clerk
U.S. District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 N. King St.
Wilmington, DE 19801

FIRST CLASS MAIL