Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv757AAA

FILED
DEC 29 2006
DISTRICT COURT
DIST OF DELAWARE

WILMINGTON DE 197
21 DEC 2006 PM 3 T

RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN    ☐ OTHER
S ☐ NO SUCH NUMBER/STREET
  ■ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

RTS
RETURN TO SENDER

HAPPY HOLIDAY

19801/3570

Kevin T. Moore
SBI# 202242
Sussex County Correctional Center
23207 DuPont Blvd.
Georgetown, DE 19947

## Utility Events
1:06-cv-00757-UNA Moore v. Long
PaperDocuments

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 12/20/2006 at 5:18 PM EST and filed on 12/20/2006
**Case Name:**       Moore v. Long
**Case Number:**    1:06-cv-757
**Filer:**
**Document Number:** 4

**Docket Text:**
[1:06-cv-757-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb)


**1:06-cv-757 Notice has been electronically mailed to:**

**1:06-cv-757 Notice has been delivered by other means to:**

Kevin T. Moore
SBI# 202242
Sussex County Correctional Center
23207 DuPont Blvd.
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/20/2006] [FileNumber=319618-0
] [394ca9867913d96b7662d4f4c99b611d3b1df75b01008e7052e8fbbdc7058f40471
08e5bec00a748c1146de30af66d8fa73a0dd5a53cb69364081fade0f6607d]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:    JUDICIAL VACANCY

**STANDING ORDER**

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1. All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2. To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

                                              _____
                                              United States District Judge