Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv757

FILED
MAR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED
MAR 29 2007
SCI MAILROOM

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

RETURN TO SENDER
RTS



Kevin T. Moore
SBI# 202242
Sussex Community Correctional Center
Rt. 6, Box 700
23207 DuPont Blvd.
Georgetown, DE 19947