Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv757 JJF

FILED
JUN 22 2007
RG seen
DISTRICT COURT
D. OF DELAWARE

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RETURN TO SENDER
RTS

Kevin T. Moore
SBI# 202242
Sussex Community Correctional Center
Rt. 6, Box 700
23207 DuPont Blvd.
Georgetown, DE 19947

Case 1:06-cv-00757-JJF  Document 11  Filed 06/22/2007  Page 2 of 3

## Utility Events
1:06-cv-00757-*** Moore v. Long
PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 6/15/2007 at 2:06 PM EDT and filed on 6/15/2007
**Case Name:** Moore v. Long
**Case Number:** 1:06-cv-757
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)

**1:06-cv-757 Notice has been electronically mailed to:**

**1:06-cv-757 Notice has been delivered by other means to:**

Kevin T. Moore
SBI# 202242
Sussex Community Correctional Center
Rt. 6, Box 700
23207 DuPont Blvd.
Georgetown, DE 19947