IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN T. MOORE, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 06-757-JJF |
| MATTHEW LONG, et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Plaintiff Kevin T. Moore ("Moore"), was a prisoner incarcerated at the Sussex Community Correctional Center, Georgetown, Delaware at the time he filed his Complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on December 21, 2006, the Court entered an Order and granted Plaintiff leave to proceed in forma pauperis, and assessed an initial partial filing fee (D.I. 5);

WHEREAS, on January 19, 2007, the Court received Plaintiff's change of address indicating that as of January 18, 2007, he was no longer incarcerated;

WHEREAS, on March 22, 2007, the Court ordered Plaintiff to either pay the filing fee he owes ($350.00) or to submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order or the case would be dismissed (D.I. 8);

WHEREAS, the time has lapsed and Plaintiff has not complied

with the Court's order of March 22, 2007;

THEREFORE, at Wilmington this 15 day of June, 2007, IT IS HEREBY ORDERED that the Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE

